UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 22-04726-MCS (AS) | Date | June 6, 2023 |
|---|---|---|---|
| Title | Hector Gutierrez v. Kilolo Kijakazi, Acting Commissioner of Social Security | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On July 11, 2022, Hector Gutierrez, ("Plaintiff"), proceeding pro se, filed a Complaint for Review of Social Security Decision. (Docket No. 1).

On January 31, 2023, Defendant filed an Answer and the Certified Administrative Record. (Docket Nos. 15-16).

Plaintiff to file a motion for summary judgment within 30 days of service of the Defendant's Answer. See Court's Order re Procedures in Social Security Case, dated September 20, 2022. (Dkt. No. 12 at 2-3). Plaintiff has not complied with the Court's Order and, to date, Plaintiff has failed to file the required motion for summary judgment, seek an extension of time to do so, or otherwise communicate with the Court.

The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **July 6, 2023**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a motion for summary judgment or Declaration in response to this Order to Show Cause **no later than July 6, 2023**. Failure to respond to this Order to Show Cause may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed.R.Civ.P. 41(b).

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-04726-MCS (AS) | Date | June 6, 2023 |
|---|---|---|---|
| Title | Hector Gutierrez v. Kilolo Kijakazi, Acting Commissioner of Social Security | | |

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause might result in a recommendation that this action be dismissed with prejudice for her failure to comply with Court orders and for his failure to prosecute. See Fed.R.Civ.P.41(b).**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |